

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Demetrius Shaun Lee,                    * From the County Court at Law No. 2
                                          of Midland County,
                                          Trial Court No. CR165593.

Vs. No. 11-21-00253-CR                  * October 5, 2023

The State of Texas,                     * Opinion by Bailey, C.J.
                                          (Panel consists of: Bailey, C.J.,
                                          Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and we render a judgment of acquittal.